No. 23-1312

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| QUINTIN SCOTT, | ) Appeal from the United States |
| | ) District Court, Northern District of |
| Plaintiff-Appellant, | ) Illinois, Eastern Division |
| | ) |
| v. | ) No. 17-cv-07135 |
| | ) |
| THOMAS J. DART, Sheriff of Cook County, et al., | ) Honorable Martha M. Pacold, |
| | ) Judge Presiding |
| Defendants-Appellees. | ) |

## MOTION TO EXTEND TIME

Defendants-Appellees, Thomas J. Dart, Sheriff of Cook County, and Cook County hereby move to extend the time in which to file their petition for rehearing with suggestion for rehearing en banc from May 13, 2024 to June 3, 2024. A declaration of support is attached.

Respectfully submitted,

**KIMBERLY M. FOXX**
State's Attorney of Cook County

By:   */s/ Christina Faklis Adair*
Christina Faklis Adair
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4634
Christina.Adair@cookcountysao.org

1

# **DECLARATION**

I, CHRISTINA ADAIR, state that I am an Assistant State's Attorney for the Cook County State's Attorney's Office assigned to this case and have knowledge of the following:

1. The petition for rehearing with suggestion for rehearing en banc is currently due on May 13, 2024. This is appellees' first motion for extension of time to file the petition for rehearing with suggestion for rehearing en banc.

2. While the drafting of petition for rehearing with suggestion for rehearing en banc is underway, I will be unable to complete the petition by its present due date. I have been diligently drafting the petition, but will be unable to complete a draft by its current due date because I have been otherwise occupied preparing a response in opposition to a motion for leave to file a petition for a writ of habeas corpus in the Illinois Supreme Court in *Fanady v. Dart*, No. 130574 (Ill.), filed on May 3, 2024.

3. In addition, it is the policy of this office that all substantive filings with this court be reviewed and approved in advance by the supervisor of civil appeals, who has advised me that he will be unable to complete his review of our petition in time for it to be filed on its current due date, due to his supervisory responsibilities in several other pending appeals.

4. For this reason, we respectfully request an extension of time, to June 3, 2024, to file the petition for rehearing with suggestion for rehearing en banc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 6, 2024

s/ *Christina Faklis Adair*
**Christina Faklis Adair**

## **CERTIFICATE OF SERVICE**

The foregoing Motion to Extend Time has been electronically filed on May 6, 2024. I certify that I have caused the foregoing motion to be served on all counsel of record via CM/ECF electronic notice on May 6, 2024.

s/ *Christina Faklis Adair*
**Christina Faklis Adair**
