No. 23-1312

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| QUINTIN SCOTT,<br><br>　　　Plaintiff-Appellant,<br><br>　　　v.<br><br>THOMAS J. DART, Sheriff of Cook County, *et al.*,<br><br>　　　Defendants-Appellees. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 17-cv-07135<br><br>Honorable Martha M. Pacold, Presiding Judge |

## **APPEARANCE**

　　　I hereby enter my appearance as counsel for defendants-appellees Thomas J. Dart and Cook County.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**KIMBERLY M. FOXX**
　　　　　　　　　　　　　　　　State's Attorney of Cook County

　　　　　　　　　　　By:　　*/s/ Jonathon D. Byrer*
　　　　　　　　　　　　　　　Jonathon D. Byrer
　　　　　　　　　　　　　　　Supervisor, Civil Appeals & Special Projects
　　　　　　　　　　　　　　　Assistant State's Attorney
　　　　　　　　　　　　　　　500 Richard J. Daley Center
　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　(312) 603-4366
　　　　　　　　　　　　　　　Jonathon.Byrer@cookcountysao.org

## CERTIFICATE OF SERVICE

The foregoing APPEARANCE has been electronically filed on June 5, 2024. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on June 5, 2024.

/s/ *Jonathon D. Byrer*
**Jonathon D. Byrer**